Below is an opinion of the court.

_Kathryn Evans_

KATHRYN F. EVANS
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 26-60001-kfe-13 |
| Dennis Raybould, | MEMORANDUM DECISION ON TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS |
| Debtor. | |

On January 2, 2026, the debtor, Dennis Raybould (the "**Debtor**"), filed a voluntary petition under chapter 13.  ECF No. 2.  On February 23, 2026, an _Order of Dismissal and Administratively Closing Case_ was entered based on Debtor's failure to timely file missing documents as ordered. ECF No. 22.  On March 3, 2026, the Debtor filed _Debtor's Motion to Reopen Chapter 13 Case and, If Applicable, to Vacate Dismissal_.  ECF No. 29.  An _Order Setting Aside Dismissal, Reopening Case if Closed, and Fixing Time to File Motion to Reconsider_ was docketed on March 4, 2026.  ECF No. 32.

On March 15, 2026, the Debtor filed his Chapter 13 Plan dated March 2, 2026.  ECF No. 40.  On April 23, 2026, the chapter 13 trustee filed an objection to confirmation of the Debtor's plan which included a request to dismiss the case.  ECF No. 54.  On the same date, U.S. Bank National Association, not in its individual capacity but solely as trustee for RMAC Trust, Series 2016-CTT, also filed an objection to confirmation of the Debtor's plan.  _See_ ECF Nos. 55. Confirmation hearings were held on May 19, 2026, July 14, 2026, July 28, 2026, and July 31,

Page 1 of 2 – MEMORANDUM DECISION

2026.  *See* ECF Nos. 62, 68, 71, and 74.  During these hearings, the chapter 13 trustee provided information about the status of the case.  On May 19, 2026, the chapter 13 trustee reported that he had not received the requested amended schedules from the Debtor.  ECF No. 62.  On July 14, 2026, the chapter 13 trustee reported that no plan payments had been received since May 2026, that the plan payment default was $1,395 through July 2026, and that Debtor's TFS account had been suspended.  ECF No. 68.  On July 28, 2026, the chapter 13 trustee reported that there were no updates, and the plan payment default remained at $1,395 through July 2026.

Based upon Debtor's failure to appear at the hearings held May 19, 2026, July 14, 2026, July 28, 2026, and July 31, 2026, and the plan payment default of $1,395 through July 2026, the Court will grant Trustee's Objection to Confirmation of Plan and Motion to Dismiss [ECF No. 54].  The Court likewise finds that the Debtor's failure to appear at any of the continued confirmation hearings held in this matter constitutes unreasonable delay which is prejudicial to his creditors warranting a finding of cause to dismiss under 11 U.S.C. § 1307(c)(1).

This Memorandum Decision constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).  The Court will enter its own order of dismissal.

*###*

cc:    Dennis Raybould
       88915 Bayberry Ln
       Florence, OR  97439

Page 2 of 2 – MEMORANDUM DECISION